IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL MORRISHOW, JR.,

    Petitioner,               No. 2:12-cv-2892 CKD P

    vs.

R. J. RACKLEY,

    Respondent.          ORDER

_____/

    On January 31, 2013, respondent filed a motion for extension of time to file an answer to the petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED THAT respondent shall file a response to the petition on or before March 6, 2013. Petitioner's response, if any, shall be filed according to the deadlines set forth in the December 4, 2012 order.

Dated: February 7, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / morr2892.eot

1